**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25CR20331 Becerra / Torres

18 U.S.C. § 371
18 U.S.C. § 554
18 U.S.C. § 924(d)(1)

**UNITED STATES OF AMERICA**

**vs.**

**JULIO ROBERTO JACOME and**
**ALEJANDRO PINEROS ESCALONA,**

**Defendants.**

_____/

FILED BY _____ D.C.

JUL 29 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Smuggle Goods from the United States
### (18 U.S.C. § 371)

From in or around June 2022, the exact date being unknown to the Grand Jury, and continuing through in or around August 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JULIO ROBERTO JACOME**
**and**
**ALEJANDRO PINEROS ESCALONA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with Jordan Israel Martinez Ochoa, and others known and unknown to the Grand Jury, to commit an offense against the United States, that is, to fraudulently and knowingly export and send from the United States to a place outside of the United States, any merchandise, article, and object, and did receive, conceal, and in any manner facilitate the transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for

exportation, contrary to any law and regulation of the United States, including, Title 18, United States Code, Sections 922(e) and 924(a)(1)(D) and Title 15, Code of Federal Regulations, Sections 730-774, in violation of Title 18, United States Code, Sections 554 and 2.

## OBJECT AND PURPOSE OF THE CONSPIRACY

It was an object and purpose of the conspiracy for the defendants and their co-conspirators to illegally conceal, smuggle, and ship firearms from the United States to Ecuador, a location outside the United States, using a common or contract carrier.

## Overt Acts

In furtherance of the conspiracy and to affect the object and purpose of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1.     On or about June 29, 2022, **JULIO ROBERTO JACOME** received, via WhatsApp, a photograph of Tapco semi-automatic rifle and a IZHMASH Saiga semi-automatic rifle.

2.     On or about July 20, 2022, **JULIO ROBERTO JACOME** sent, via WhatsApp, a message that stated, "239-682-4648."

3.     On or about August 2, 2022, **ALEJANDRO PINEROS ESCALONA** purchased eight (8) expanding foam canisters and six (6) black spray paint canisters from The Home Depot, located at 12055 Biscayne Blvd, North Miami, Florida.

4.     On or about August 9, 2022, **JULIO ROBERTO JACOME** sent, via WhatsApp, a message that stated, "458 NW 79th Street Miami Florida."

5.     On or about August 10, 2022, **ALEJANDRO PINEROS ESCALONA** received, via WhatsApp, a message that stated, "Estoy enc amino para recojer jetski ("I'm on my way to pick up a jetski")."

6.     On   or   about   August   16,   2022,   **JULIO   ROBERTO   JACOME**   and
seven 7

**ALEJANDRO PINEROS ESCALONA** caused to be delivered approximately six (6) firearms

concealed and hidden inside a jet ski to Siati Express, a common or contract carrier located in

Miami, Florida, for delivery to Guayaquil, Ecuador.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Smuggling Goods from the United States
### (18 U.S.C. § 554)

From in or around June 2022, and continuing through on or about August 16, 2022, in

Miami Dade County, in the Southern District of Florida, the defendants,

**JULIO ROBERTO JACOME**
**and**
**ALEJANDRO PINEROS ESCALONA,**

did fraudulently and knowingly export and send, and attempt to export and send, from the United

States to a place outside of the United States, that is, Ecuador, any merchandise, article, and

object, that is, firearms, and did receive, conceal and in any manner facilitate the transportation

and concealment of such merchandise, article, and object prior to exportation, knowing the same

to be intended for exportation, contrary to any law and regulation of the United States, including,

Title 18, United States Code, Sections 922(e) and 924(a)(1)(D) and Title 15, Code of Federal

Regulations, Sections 730-774, in violation of Title 18, United States Code, Sections 554 and 2.

It is further alleged that said firearms are:

a.  One (1) Tapco semi-automatic rifle;

b.  One (1) American Tactical Imports semi-automatic rifle;

c.  One (1) IZHMASH Saiga semi-automatic rifle;

d.  One (1) Keltec KSG twelve-gauge shotgun;

e.  One (1) Century Arms 39 Sporter semi-automatic rifle;

3

f.  One (1) Spike's Tactical Crusader semi-automatic rifle; and

g.  One (1) M&M Inc. M10X semi-automatic rifle.

## COUNT 3
### Conspiracy to Smuggle Goods from the United States
### (18 U.S.C. § 371)

From in or around September 2023, the exact date being unknown to the Grand Jury, and continuing through in or around March 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### ALEJANDRO PINEROS ESCALONA,

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit an offense against the United States, that is, to fraudulently and knowingly export and send from the United States to a place outside of the United States, any merchandise, article, and object, and did receive, conceal, and in any manner facilitate the transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, including, Title 18, United States Code, Sections 922(e) and 924(a)(1)(D) and Title 15, Code of Federal Regulations, Sections 730-774, in violation of Title 18, United States Code, Sections 554 and 2.

### OBJECT AND PURPOSE OF THE CONSPIRACY

It was an object and purpose of the conspiracy for the defendant and his co-conspirators to illegally conceal, smuggle, and ship firearms from the United States to Ecuador, a location outside the United States, using a common or contract carrier.

### Overt Acts

In furtherance of the conspiracy and to affect the object and purpose of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District

4

of Florida, and elsewhere, at least one of the following overt acts, among others:

1.      On or about September 12, 2023, **ALEJANDRO PINEROS ESCALONA** sent, via WhatsApp, a message that stated "Si ("Yes")," after **ALEJANDRO PINEROS ESCALONA** received, via WhatsApp, a messaged that stated, "Tengo 2 ar15 que quiere David y me dijo que te llamar a ti para ir dejando telas y tu me pagas ("I have 2 AR15s that David wants and he told me to call you and drop them off and you'll pay me")."

2.      On or about October 17, 2023, **ALEJANDRO PINEROS ESCALONA** sent, via WhatsApp, a message that stated "En el mc Donald ("At McDonald's")," after **ALEJANDRO PINEROS ESCALONA** received, via WhatsApp, messages that stated, "3591 N Andrews Ave, Oakland park, FL 33309 es donde voy a tener las pistolas ("This is where I'll have the gun")" and "O en el McDonald's lo encontramos ("Or should we meet at McDonald's")."

3.      On or about February 15, 2024, **ALEJANDRO PINEROS ESCALONA** sent, via WhatsApp, messages that stated "Tienes ar ("Do you have ARs")," and "Dile que si me las deja en 800$ le compro 8 ("Tell him that if he lets me have them for $800 I'll buy 8")."

4.      On or about March 20, 2024, **ALEJANDRO PINEROS ESCALONA** delivered approximately three (3) Bear Creek Arsenal upper receivers, three (3) EP Armory lower receivers, and two (2) 7.62x39mm magazines concealed and hidden inside a Vissani oven hood and box to Airbox Miami Corp., a common or contract carrier located in Miami, Florida, for delivery to Samborondon, Ecuador.

All in violation of Title 18, United States Code, Section 371.

## COUNT 4
### Smuggling Goods from the United States
### (18 U.S.C. § 554)

On or about March 20, 2024, in ~~Palm Beach~~ Miami Dade Cty County, in the Southern District of Florida, the defendant,

### ALEJANDRO PINEROS ESCALONA,

did fraudulently and knowingly export and send, and attempt to export and send, from the United States to a place outside of the United States, that is, Ecuador, any merchandise, article, and object, that is, upper receivers, firearms, and magazines and did receive, conceal and in any manner facilitate the transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, including, Title 18, United States Code, Sections 922(e) and 924(a)(1)(D) and Title 15, Code of Federal Regulations, Sections 730-774, in violation of Title 18, United States Code, Sections 554 and 2.

It is further alleged that said articles are:

a.   Three (3) Bear Creek Arsenal upper receivers;

b.   Three (3) EP Armory lower receivers; and

c.   Two (2) 7.62x39mm magazines.

### FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **JULIO ROBERTO JACOME** and **ALEJANRDO PINEROS ESCALONA**, have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 554, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or

6

personal, which constituted or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY